IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 17-cv-00037-KG-SCY

Alyssa Carton,

    Plaintiff,

v.

Carroll Ventures, Inc.,

    Defendant.

## NOTICE OF SERVICE

Plaintiff's attorney, Sharon Pomeranz, hereby gives notice that she provided Alyssa Carton with a copy of the ORDER AND NOTICE REGARDING SECOND 28 U.S.C. § 1915(e)(2) HEARING by email, and further notified Alyssa Carton of the time and place for hearing by telephone and has made arrangements for Alyssa to be transported by her mother, to the hearing as ORDERED.  The Plaintiff and her Attorney understand the obligation to appear in Court and will fully abide by and comply with the Orders of this COURT.

Respectfully submitted this 5th day of May 2017.

    s/   Sharon E. Pomeranz
    Sharon E. Pomeranz
    **Law Office of Sharon Pomeranz**
    143 Pine St
    Santa Fe, NM 87501
    505-207-0310
    Email: sharon@newmexicoada.com
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    this 5th day of April, 2017.
    s/ Sharon E. Pomeranz
    Sharon E. Pomeranz